**FILED**

JUL 29 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF:<br><br>THE PREMISES AND PROPERTY AT<br>6818 Rio Linda Boulevard<br>Rio Linda, California 95673 | CASE NO. 2:14-SW-0444 KJN<br><br>**UNDER SEAL**<br><br>ORDER SEALING AFFIDAVIT AND SEARCH WARRANT |
|---|---|

## ORDER

Pursuant to Local Rule 141(b) and based upon the Government's Request to Seal, IT IS HEREBY ORDERED that the Affidavit, Search Warrant and the Government's Request to Seal and this Court's Order in this case shall all be SEALED until further order of this Court.

IT IS SO ORDERED.

DATED: 7/29/14

_____
HON. DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

REQUEST TO SEAL AFFIDAVIT AND SEARCH WARRANT
AND [PROPOSED] ORDER

3