**FILED**

AUG 4 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>SEARCH WARRANT AUTHORIZED FOR THE PREMISES LOCATED AT:<br><br>6818 RIO LINDA BOULEVARD, RIO LINDA, CALIFORNIA 95673. | CASE NO. 2:14-SW-0444 KJN<br><br>ORDER FOR DESTRUCTION OF BULK MARIJUANA SEIZURE<br><br>**SEALED** |

On or about August 4, 2014, the United States applied for an order permitting its agents to destroy bulk marijuana that it seized in this matter pursuant to a duly-authorized search warrant. Having read and considered the papers filed by the United States, and good cause appearing:

IT IS HEREBY ORDERED that the FBI and other investigative agencies involved in the investigation of this matter are authorized to destroy, forthwith, any bulk marijuana seized during the search identified in the government's application. For evidentiary purposes, the marijuana plants shall be counted and, if possible, weighed, if the agency has not already done so. In addition, any seized

///

///

///

marijuana gardens shall be photographed and/or videotaped, and a representative sample taken from each location, which shall be preserved until further order of this court.

DATED: 8/4/14

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE